UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-CR-205-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SAADIQ TUCKER | |

This matter is before the Court for a determination of whether Saadiq Tucker has regained competence to be re-sentenced. After reviewing the psychiatric reports in this case, the Court finds that Saadiq Tucker is not competent to be sentenced. Therefore, 18 U.S.C. § 4241, Saadiq Tucker is committed to the custody of the United States Attorney General for evaluation and treatment for a period of four months to determine whether he has regained competency to be sentenced.

IT IS SO ORDERED.

This _2️⃣8️⃣_ day of _December 2010_

TERRENCE W. BOYLE
United States District Judge