IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:02-CR-205-01-BO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>SAADIQ TUCKER,<br>    Defendant. | )<br>)<br>)    ORDER<br>)<br>)<br>)<br>)<br>) |

On August 31, 2015, defendant was admitted to the Metropolitan Correctional Center (MCC) in Chicago to undergo court-ordered 18 U.S.C. § 4241 and 4242 psychological evaluations. An evaluation period under 18 U.S.C. § 4241 is not to exceed thirty days, but "the director of the facility may apply for a reasonable extension ... not to exceed fifteen days ... upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant." 18 U.S.C. § 4247. For evaluation under 18 U.S.C. § 4242, the evaluation period is not to exceed forty-five days, but this may be extended by up to thirty days. *Id.*

Upon the application of A.M. Owens, warden of the Metropolitan Correctional Center in Chicago, and for good cause shown, the Court hereby GRANTS fifteen days additional time for the observation and evaluation of defendant under 18 U.S.C. § 4241 and thirty days additional time under 18 U.S.C. § 4242. Both evaluations may be included in a single report to be submitted by December 7, 2015.

SO ORDERED this __8__ day of October, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE