IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:02-CR-205-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| SAADIQ TUCKER, ) | |

On August 31, 2015, defendant was admitted to the Metropolitan Correctional Center (MCC) in Chicago to undergo court-ordered 18 U.S.C. § 4241 and 4242 psychological evaluations. This matter now comes before the Court upon receipt of a psychiatric report as a result of those evaluations. [DE 63]. Before a competency hearing is held, the Court DIRECTS the parties to file a joint status report. This report is to be filed no later than fourteen days from the date of this order.

SO ORDERED this _29_ day of January, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE