UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-CR-205-01-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SAADIQ TUCKER | |

On January 29, 2016, this Court issued an order, directing the parties to file a Status Report within fourteen days. The Court has received the status report and therefore orders:

1. The United States Probation Office shall prepare a memorandum for the Court and parties, containing relevant changes to information provided in the original presentence report, in lieu of a complete presentence report; and

2. This matter will be set for a competence and sentencing hearing on *May Term*, 2016.

SO ORDERED this _16_ day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE